# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

YOLANDE ZEITOUN,

        **Plaintiff,**

v().

COMMISSIONER OF SOCIAL SECURITY,

        **Defendant.**

Civil No. 04-1564-HO

# ORDER

Attorney fees in the amount of $4,480.00 are hereby awarded to Plaintiff pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of $150.00.

Dated: January 26, 2006

_____
Michael R. Hogan
United States District Judge

**ORDER - Page 1**